**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Laredo)**
**CRIMINAL DOCKET FOR CASE #: 5:19−mj−00046−3**

Case title: USA v. Medrano−Clarke et al
Other court case number: 4:19−CR−001−ALM−KPJ Eastern District of Texas, Sherman Division

Date Filed: 01/15/2019
Date Terminated: 01/18/2019

Assigned to: Magistrate Judge Diana Song Quiroga

**Defendant (3)**

**Erick Michael Brown**
*TERMINATED: 01/18/2019*

represented by **Roel Canales**
Attorney at Law
201 W. Hillside Road
Suite 17
Laredo, TX 78041
956−723−0100
Fax: 956−290−8272
Email: rcanaleslaw@outlook.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2019 | 3 | Bench Warrant issued 01/09/2019 SHERMAN, TX Returned Executed on 01/15/2019 LAREDO, TX in case as to Erick Michael Brown. Document restricted from PACER under privacy policy, filed. (Attachments: # 1 redacted Indictment)(mxperez, 5) (Entered: 01/15/2019) |
| 01/15/2019 | | Laredo−Notice of Setting as to Jose Ernesto Medrano−Clarke, SanJuanita Lizette Benavides, Erick Michael Brown, Priscilla Zamora. Initial Appearance set for 1/16/2019 at 09:05 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed.(mxperez, 5) (Entered: 01/15/2019) |

| | | |
|---|---|---|
| 01/16/2019 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga. INITIAL APPEARANCE on Warrant on Arrest on Indictment as to Erick Michael Brown held on 1/16/2019. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Private attorney appointed: Roel Canales (not present in courtroom). Order of Temporary Detention Pending Hearing. No bond set. Appearances: Anthony Evans, AUSA; Roel Canales, appointed; USPTO: Priscilla Ortiz; USPO: Julian Cantu; USM: Deputy Murray. (Opened/Adjourned: 9:29 AM – 9:42 AM) (ERO: Sylvia Gonzalez) (Interpreter: Gregorio Ayala, not used) Defendant remanded to custody. (cdomadi, 5) (Entered: 01/16/2019) |
| 01/16/2019 | 10 | Sealed Financial Affidavit CJA 23 by Erick Michael Brown, filed. (dflores, 5). (Entered: 01/16/2019) |
| 01/16/2019 | 11 | ORDER APPOINTING COUNSEL for Defendant Erick Michael Brown. Roel Canales appointed. ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (cdomadi, 5) (Entered: 01/16/2019) |
| 01/16/2019 | 12 | Order of Temporary Detention Pending Hearing as to Erick Michael Brown. ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (cdomadi, 5) (Entered: 01/16/2019) |
| 01/16/2019 | 16 | NOTICE OF SETTING as to Jose Ernesto Medrano−Clarke, SanJuanita Lizette Benavides, Erick Michael Brown, Priscilla Zamora. ID & Detention Hearing set for 1/18/2019 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed. (cdomadi2, 5) Modified on 1/17/2019 (cdom, 5). (Entered: 01/16/2019) |
| 01/18/2019 | 20 | Pretrial Services Report (Sealed) as to Erick Michael Brown, filed. (mrperez, 5) (Entered: 01/18/2019) |
| 01/18/2019 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga: IDENTITY AND DETENTION HEARING as to Erick Michael Brown were not held on 1/18/2019.Atty Roel Canales filed a waiver of rule 5 & 5.1 hearings., filed.(aveliz, 5) (Entered: 01/18/2019) |
| 01/18/2019 | 22 | WAIVER of Rule 5 & 5.1 Hearings by Erick Michael Brown, filed.(mxperez, 5) (Entered: 01/18/2019) |
| 01/18/2019 | 26 | COMMITMENT TO ANOTHER DISTRICT as to Erick Michael Brown. Defendant committed to Eastern District of Texas / Sherman Division ( Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (nortiz, 5) (Entered: 01/22/2019) |

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:19–mj–00046 |
| | § | |
| Erick Michael Brown | § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Erick Michael Brown, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Roel Canales

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on January 16, 2019.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

United States District Court
Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

UNITED STATES OF AMERICA

vs

Erick Michael Brown
*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:19–mj–00046

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for at before United States at 1300 Victoria, , Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date: **January 16, 2019**

CHARGE(S): 18:924(d)(1)..

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                          Case Number: 5:19–mj–00046

Jose Ernesto Medrano–Clarke
SanJuanita Lizette Benavides
Erick Michael Brown
Priscilla Zamora

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Diana Song Quiroga

**PLACE:**
Courtroom 2B
United States Courthouse
1300 Victoria Street
Laredo, Texas 78040

**DATE:** 1/18/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Prelim Exam and Detention Hrg


Date:   January 16, 2019

David J. Bradley, Clerk

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Laredo Division

United States of America  )
v.  ) Case No. 5:19-mj-00046
 )
Erick Michael Brown  )
Defendant  ) Charging District's Case No.

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of Texas Sherman Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1·18·19

_____
Defendant's signature

_____
Signature of defendant's attorney

Roel Cunales
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2019
David J. Bradley, Clerk

Southern District of Texas

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| ERICK MICHAEL BROWN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:19-CR-0001-ALM-KPJ | 5:19-MJ-0046-03 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

✓ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. §   846

**DISTRICT OF OFFENSE**
Eastern District of Texas/Sherman Division

**DESCRIPTION OF CHARGES:**

Conspiracy to Possess with the Intent to Distribute Methamphetamine

**CURRENT BOND STATUS:**

  Bail fixed at _____ and conditions were not met
  Government moved for detention and defendant detained after hearing in District of Arrest
✓ Government moved for detention and defendant detained pending detention hearing in District of Offense
  Other (specify)

*[Stamp: RECEIVED UNITED STATES MARSHAL 2019 JAN 22 AM 10:41 OPERATIONS LAREDO, TX]*

| Representation: | Retained Own Counsel | ✓ Federal Defender Organization | CJA Attorney | None |
| Interpreter Required? | ✓ No | Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Jan. 18, 2019                                   [signature]
Date                                             Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |