ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:19CR1 |
| ERICK MICHAEL BROWN (4) | § § | Judge Mazzant |

**FACTUAL BASIS**

IT IS HEREBY STIPULATED by **Erick Michael Brown**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Christopher Coker**, that this factual basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. That the defendant, **Erick Michael Brown,** who is changing his plea to guilty, is the same person charged in the Indictment.

2. That the events described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Erick Michael Brown** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Indictment, to knowingly and intentionally possess with the intent to distribute and dispense at least 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

4. That **Erick Michael Brown** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Erick Michael Brown** knew that the amount involved during the term of the conspiracy involved at least 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual). This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant, and was part of jointly undertaken activity.

6. That **Erick Michael Brown's** role in this conspiracy was to transport more than 4.5 kilograms of methamphetamine to other co-conspirators in the Eastern District of Texas and elsewhere.

7. The methamphetamine that was transported and distributed during the conspiracy was imported from Mexico.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events, and my acts, which constitute a violation of 21 U.S.C. § 846.

Dated: 8-7-19

ERICK MICHAEL BROWN
Defendant

Factual basis
Page 2

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Erick Michael Brown**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 8/7/19

_____
CHRISTOPHER COKER
Attorney for Defendant